# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>v.<br><br>LUIS ALBERTO FLORES,<br><br>    Defendant(s). | 2:06-CR-284 JCM (RJJ) |

### ORDER

Presently before the court is the matter of *United States v. Flores, et al.*, case no. 2:06-cr-284-JCM-RJJ.

On October 11, 2007, defendant Luis Alberto Flores entered a guilty plea to counts 1-5 of the indictment charging him with crimes related to the distribution of methamphetamine. (Doc. # 38). On April 9, 2008, the defendant was sentenced to 151 months custody per count to be served concurrently. (Doc. # 54). The defendant was represented by counsel at each stage of the proceedings.

Acting *pro se*, defendant has filed the instant "motion for retroactive application of sentencing guidelines to crack cocaine offense." (Doc. # 58).

Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all parties as having control of the client's case." As Mr. Donald J. Green is

**James C. Mahan**
**U.S. District Judge**

defendant's counsel of record, and has not filed a motion to withdraw, the defendant may not file motions on his own behalf.

Defendant has appeared by attorney, and continues to be so represented. Any motions he seeks this court to consider must be filed by his attorney of record.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the motion for retroactive application (doc. # 58) be, and the same hereby is, DENIED without prejudice.

DATED March 31, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -