Case 2:06-cr-00284-JCM-RJJ   Document 67   Filed 04/08/15   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion/Stipulation for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:06-CR-0284-JCM-RJJ |
| LUIS ALBERTO FLORES ) | USM No: 41521-048 |
| ) | |
| Date of Original Judgment: 04/01/2008 ) | |
| Date of Previous Amended Judgment: ) | DONALD GREEN |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION/STIPULATION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion/stipulation of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  151  months **is reduced to**  121 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  04/01/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  April 8, 2015

*Judge's signature*

Effective Date:  11/01/2015
*(if different from order date)*

James C. Mahan, U.S. District Judge
*Printed name and title*

(Rev. for NVD 02/15)